UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDREA MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-357 |
| | ) | |
| SAMSUNG SDI CO., LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court stayed this case until August 3, 2022 based on the parties' representation that the outcome of a challenge to a default judgment in the State Court of Chatham County, Georgia "may render this case moot." Doc. 22 at 1-3 (quoting doc. 12 at 2). The parties subsequently filed a joint motion explaining that the state court "has not yet rendered a decision", and requesting a 6-month extension of the stay. Doc. 28 at 1-2. Pursuant to the Court's authority to enter a "stay pending the resolution of a related case in another court", *Ortega Trujillo v. Conover & Co. Comms., Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000), the parties' joint motion is **GRANTED**. Doc. 28. All deadlines in this case are **STAYED** until January 31, 2023, or until the state court rules on the

challenge to the default judgment, whichever is earlier. *See Ortega Trujillo*, 221 F. 3d at 1264 ("When a district court exercises its discretion to stay a case pending the resolution of related proceedings in another forum, the district court must limit properly the scope of the stay."). The parties are **DIRECTED** to file a joint notice no later than 90 days from the date of entry of this Order providing the Court with a brief summary of the procedural posture of the state court case. Additionally, no later than 14 days from the disposition of any motion by the state court related to the default judgment, the parties are **DIRECTED** to file a notice attaching a copy of the state court's disposition and stating whether, given that disposition, the stay should lift.

    **SO ORDERED**, this 1st day of August, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA