UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDREA MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-357 |
| | ) | |
| SAMSUNG SDI CO., LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court stayed this case until January 31, 2023 based on the parties' representation that the outcome of a challenge to a default judgment in the State Court of Chatham County, Georgia "may render this case moot." Doc. 29 at 1-2 (quoting doc. 12 at 2). Before the Court is the parties' joint request to extend the stay. Doc. 39. They explain that "[t]he Georgia Court of Appeals granted an interlocutory appeal in this matter", and request "an additional six-month stay [to] either resolve the appeal or bring the parties close to a resolution of the underlying appeal." *Id.* at 2.

Pursuant to the Court's authority to enter a "stay pending the resolution of a related case in another court", *Ortega Trujillo v. Conover*

*& Co. Comms., Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000), and for good cause shown, the parties' joint request is **GRANTED**. Doc. 39. All deadlines in this case are **STAYED** until July 31, 2023, or until the state appellate court resolves the default judgment issue, whichever is earlier. *See Ortega Trujillo*, 221 F. 3d at 1264 ("When a district court exercises its discretion to stay a case pending the resolution of related proceedings in another forum, the district court must limit properly the scope of the stay."). The parties are **DIRECTED** to file a joint notice no later than 90 days from the date of entry of this Order providing the Court with a brief summary of the procedural posture of the state court case. Additionally, no later than 14 days from the disposition of the currently pending appeal before the Georgia Court of Appeals, the parties are **DIRECTED** to file a notice attaching a copy of the state appellate court's disposition and stating whether, given that disposition, the stay should lift.

    **SO ORDERED**, this 30th day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA