UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREA MONROE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CV421-357 |
| SAMSUNG SDI CO., LTD., *et al.*, | ) ) ) ) |
| Defendants. | ) |

# ORDER

The Court previously stayed this case until the earlier of February 1, 2024, or until the Supreme Court of Georgia denies a writ of certiorari or issues an opinion on the merits of an appeal from the Georgia Court of Appeals' resolution of a challenge to a default judgment issued by the State Court of Chatham County in a related case. Doc. 48 at 2. In that Order, the Court directed the parties to file a joint notice within 90 days "providing the Court with a brief summary of the procedural posture of the state court case." *Id.* The Order issued on July 28, 2023, *id.*, so the parties' joint notice was due October 26, 2023. The parties have not filed the required notice. *See generally* docket. Therefore, within 14 days from

the date of this Order, the parties are **DIRECTED** to (1) file a joint notice providing the Court with a brief summary of the procedural posture of the state court case; and (2) show cause for their failure to timely file the notice as directed by the Court's prior Order.

    **SO ORDERED**, this 3rd day of November, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA