UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| ANDREA MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV421-357 |
| | ) | |
| SAMSUNG SDI CO., LTD, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court stayed this case until the earliest of: (1) February 1, 2024, (2) the date the Supreme Court of Georgia denies writ of *certiorari* in a related state court case, or (3) the date the Supreme Court of Georgia issues any opinion on the merits of that appeal.  Doc. 48 at 2.  As the stay's end approaches without a ruling from the Supreme Court of Georgia, the parties jointly move to extend the stay in the above-captioned case for an additional six-month period because "the pending default action . . . in the State Court of Chatham County may still render this case moot" and "the outcome of that case will play a significant role in whether and how the instant case proceeds."  Doc. 56 at 2-3.

Pursuant to the Court's authority to enter a "stay pending the resolution of a related case in another court," *Ortega Trujillo v. Conover & Co. Comms., Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000), and for good cause shown, the Court **GRANTS** the parties' Fourth Joint Motion to Extend Previously Entered Stay. Doc. 56. This case is **STAYED** until the earliest of: (1) August 1, 2024, (2) the date the Supreme Court of Georgia denies writ of *certiorari*, or (3) the date the Supreme Court of Georgia issues any opinion on the merits of the appeal.

The parties are **DIRECTED** to file a joint notice no later than April 17, 2024, providing the Court with a brief summary of the procedural posture of the state court case. Additionally, no later than 14 days from the date the Supreme Court of Georgia denies the writ of certiorari or issues any opinion on the merits of the appeal, the parties are **DIRECTED** to file a notice attaching a copy of the Supreme Court of

Georgia's decision and stating whether, given that decision, the stay should lift.

**SO ORDERED**, this 18th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA