# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ANDREA MONROE,                          )
                                        )
       Plaintiff,                )
                                        )
v.                                      )
                                        )          CV421-357
                                        )
SAMSUNG SDI CO., LTD., *et al.*,        )
                                        )
                                        )
       Defendants.               )

## <u>ORDER</u>

The Court previously stayed this case until August 1, 2024. *See* doc. 62 at 2. It also directed the parties to file a joint status report "within fourteen days of the date the Georgia Court of Appeals remands the related state case to the State Court of Chatham County." *Id.* The parties complied, with some prompting. *See* docs. 63 & 65. The Court held a status conference. Doc. 68 (Minute Entry). Based on the parties' representations, the Court finds that a continuation of the stay is appropriate. Therefore, this case remains **STAYED** until August 1, 2024. *See* doc. 62 at 2. The parties are **DIRECTED** to file a Joint Status Report by June 30, 2024, giving an update on the procedural posture of the state court action and whether any developments in the state court

1

action have modified any party's opinion on the propriety of the stay in this case.  Additionally, the parties are **DIRECTED** to file a copy of any substantive order (*i.e.*, any order relating to the setting aside or entry of default, or default judgment) or any judgment issued by the State Court of Chatham County in the related state court case within 7 days of entry on the state court's docket.

    **SO ORDERED**, this 23rd day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA