**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ANDREA MONROE,              )
                            )
              Plaintiff,    )
                            )
v.                          )
                            )         CV421-357
                            )
SAMSUNG SDI CO., LTD., *et al.*,   )
                            )
                            )
              Defendants.   )

<u>**ORDER**</u>

This case was removed to this Court on December 16, 2021, doc. 1, and the parties quickly moved to stay it pending ongoing litigation over a default judgment in the State Court of Chatham County that might render it, and a related case, *Brewer v. Samsung SDI Co., Ltd.*, CV421-355 (S.D. Ga. Dec. 16, 2021), moot. Doc. 12. The Court stayed the case, doc. 14, and at the parties' request has continued that stay for the last 2.5 years, *see* docs. 22, 29, 40, 48, 57, 62, 69. The case is currently stayed through August 1, 2024. Doc. 69.

On July 23, 2024, Plaintiff filed a Notice that the State Court of Chatham County had issued an Order vacating the default judgment for lack of jurisdiction. Doc. 71; *see also* doc. 71-1 (Order). Plaintiff intends

1

to move for reconsideration of that Order and/or seek appellate review. Doc. 71 at 1. Now, the parties seek another continuation of the stay of this case. Doc. 72. They argue the pending default action in the State Court of Chatham County may still render this case moot, *id.* at 3, however, they do not fully explain how the most recent Order from the State Court alters that analysis, if at all, *see generally id.*

Given the agreement of all parties that a continuation of the stay is preferable, the Court finds good cause to extend the stay. However, the Court will not stay the case for the requested six months. Instead, this case remains **STAYED** pending an in-person Status Conference at 9:00 AM on October 3, 2024, at the United States District Court for the Southern District of Georgia, Savannah Division, 8 Southern Oaks Court, Courtroom Two. The parties are **DIRECTED** to submit a Joint Status Report no later than September 26, 2024, giving an update on the procedural posture of the state court action and whether any developments in the state court action have modified any party's opinion on the propriety of the stay in this case.

For the foregoing reasons, the Fifth Joint Motion to Extend Previously Entered Stay is **GRANTED IN PART** and **DENIED IN PART**. Doc. 72.

**SO ORDERED**, this 26th day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA