IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREA MONROE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG SDI CO., LTD, a Korean Corporation; SAMSUNG SDI AMERICA, INC., a California Corporation; SEV BERWICK STORE, LLC, d/b/a SOUTHEAST VAPES AND E-CIGS, a Georgia Limited Liability Company; HOHM TECH, INC., a California Corporation; JOHN DOES (A-Z); and ABC INC. (1-100),<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-357 |

**O R D E R**

This case was removed to this Court on December 16, 2021, (doc. 1), and the parties quickly moved to stay it pending ongoing litigation over a default judgment in the State Court of Chatham County (the "State Court Case") that could render this case, and a related case, <u>Brewer v. Samsung SDI Co., Ltd.</u>, CV421-355 (S.D. Ga. Dec. 16, 2021), moot, (doc. 12). The Court stayed the case, (doc. 14), and at the parties' request has continued that stay for the last 2.5 years, (<u>see</u> docs. 22, 29, 40, 48, 57, 62, 69). The case was most recently stayed pending an October 3, 2024, status conference with the Magistrate Judge. (Doc. 73, p. 2.) In a status report submitted prior to the conference, the parties all indicated that "a continuation of the stay is warranted." (Doc. 75, p. 1.) Because all parties agree that this case should remain stayed pending resolution of the State Court Case, and because those proceedings are ongoing, but could render this case moot, the Court finds that the most efficient course is to administratively close this case.

Accordingly, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action. Should any party seek to litigate this case, either because of the termination of the State Court Case or for any other reason, they may file a motion asking the Court to reopen the case.

    **SO ORDERED**, this 4th day of October, 2024.

                                          R. STAN BAKER, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA